# EXHIBIT B

















































